UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES W. ROBINSON,

    Plaintiff,

v.                                    Case No. 3:06-cv-73-J-32HTS

DANIEL J. RENGERING,

    Defendant.

## O R D E R

1. Defendant's Motion to Cancel Settlement Conference (Doc. #70) is **GRANTED**, and the settlement conference, scheduled for Thursday, May 14, 2009, at 2:00 p.m., is **CANCELLED**.

2. The Clerk of Court shall telephonically notify the parties that the settlement conference has been cancelled.

3. A telephonic status conference is scheduled before the undersigned on **Thursday, May 28, 2009, at 2:00 p.m.** At that time, as circumstances may have changed, the parties shall be prepared to discuss the value, if any, of scheduling a new settlement conference.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of May, 2009.

                                              /s/   Howard T. Snyder
                                              HOWARD T. SNYDER
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
     pro se parties, if any